FILED
JACKSONVILLE, FLORIDA
AUG 03 2016
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re: Gwenda F. Green

Case No. 16-02175-3F7

_____Debtor(s)_____/

## NOTICE OF CHANGE OF ADDRESS

**CHECK ONLY ONE:**

DEBTOR(s): _____    CREDITOR: ✓

Please print the following information:

NAME: Aaron's

OLD MAILING ADDRESS: 10740 Atlantic Blvd
Jacksonville, Florida 32225-2926
(904) 997-9991

NEW MAILING ADDRESS: 400 Galleria Parkway
Eastern Operations Division
S.E. Ste #300
Atlanta, Ga 30339-3182

DATED: 8/2/2016    Gwenda F. Green
Signature of Debtor or Creditor

_____
Signature of Joint Debtor (if applicable)

PHONE NUMBER: (904) 240-2672

**All future notices shall be sent to the new mailing address**

(6/1/11)